## PELHAM V. MILLER, ET AL.

### *Ejectment.*

(Decided May 17, 1906.　41 So. Rep. 418.)

APPEAL from Walker Circuit Court.

Heard before Hon. A. H. ALSTON.

LEADBETTER & JOHNSON, and W. C. DAVIDSON, for appellant.

BANKHEAD & BANKHEAD, for appellee.

Affirmed.

Opinion by SIMPSON, J.

TYSON, ANDERSON and DENSON, JJ., concur.